1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10                                )
11 UNITED STATES OF AMERICA,       )  NO. 2:11-CR-076 LKK
                                   )
12                 Plaintiff,      )  STIPULATION AND ORDER VACATING
                                   )  SENTENCING HEARING, SETTING
13      v.                         )  BRIEFING SCHEDULE, AND HEARING
                                   )  DATE ON DEFENDANT'S MOTION FOR A
14 CRESENCIO DELGADO-EZQUIVEL,     )  SENTENCING JURY
   et al.,                        )
15                                 )  Court:  Hon. Lawrence K. Karlton
                 Defendants.       )
16                                 )
   _____  )
17

18

19      Whereas, defendant Crescencio Delgado-Ezquivel's

20 ("defendant") sentencing date is currently set for September 24,

21 2013, at 9:15 a.m.;

22      Whereas, defendant's motion filed on September 18, 2013, for

23 a sentencing jury appears to raise issues of a first impression;

24      Whereas, the undersigned prosecutor will be very busy

25 preparing for, and conducting, the trial in United States v.

26 Clemente Arroyo, No. 2:09-CR-273 JAM, that starts on September

27 30, 2013, and is expected to last for approximately one week; and

28      Whereas, plaintiff United States of America desires

                                1

1  additional time to respond to defendant's motion as the

2  undersigned prosecutor will seek to obtain guidance from the

3  Department of Justice in Washington, D.C., before completing the

4  United States' response to defendant's motion for a sentencing

5  jury,

6      It is hereby stipulated and agreed to by and between the

7  parties, through their respective attorneys, that:

8      1.    The September 24, 2013, sentencing hearing shall be

9  vacated pending the resolution of defendant's motion for a

10  sentencing jury.

11      2.    The United States' response to defendant's motion for a

12  sentencing jury shall be due on October 22, 2013.

13      3.    Defendant's reply, if any, in support of his motion

14  shall be due on October 29, 2013.

15      4.    The hearing on defendant's motion for a sentencing jury

16  shall be held on November 5, 2013, at 9:15 a.m.

17  Dated:   September 20, 2013

18                                    Respectfully submitted,

19                                    HEATHER WILLIAMS
                                      Federal Defender
20
                                      /s/ Douglas Beevers
21                                    _____
                                 By:  DOUGLAS BEEVERS
22                                    Assistant Federal Defender
                                      Attorney for Defendant
23                                    CRESCENCIO DELGADO-EZQUIVEL

24  Dated:   September 20, 2013
                                      BENJAMIN B. WAGNER
25                                    United States Attorney

26                                    /s/ Samuel Wong

27                                    _____
                                 By:  SAMUEL WONG
28                                    Assistant U.S. Attorney

2

1                                    **ORDER**

2          The Court having received, read, and considered the parties'

3    stipulation, and good cause appearing therefrom, adopts the

4    parties' stipulation in its entirety as the Court's order.

5          It is so ordered.

6

7    Dated:   September 24, 2013

8

9

10                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
11                                   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28