1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-076-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER SETTING EVIDENTIARY HEARING |
| v. | Court: Hon. Lawrence K. Karlton |
| CRESCENCIO DELGADO-EZQUIVEL, et al., | Time: 9:30 a.m. |
| | Date: February 26, 2014 |
| Defendants. | |

It is hereby stipulated by and between the parties, through their undersigned counsel, that the evidentiary hearing on defendant Crescencio Delgado-Ezquivel's motion for safety valve sentencing within the meaning of 18 U.S.C. § 3553(f) shall be held on February 26, 2014, at 9:30 a.m. The Court Clerk has already advised that the Court is available for a hearing on that date and time.

Dated: November 15, 2013

                                HEATHER WILLIAMS
                                Federal Defender

                                /s/ Douglas Beevers
                        By:     _____
                                DOUGLAS BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                CRESCENCIO DELGADO-EZQUIVEL
                                (per telephone authorization)

1

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as the Court's order.

It is ordered that the evidentiary hearing on defendant Crescencio Delgado-Ezquivel's motion for safety valve sentencing within the meaning of 18 U.S.C. § 3553(f) shall be held on February 26, 2014, at 9:30 a.m.

Dated: November 19, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2