John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
CRESCENCIO DELGADO-EZQUIVEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRESCENCIO DELGADO-EZQUIVEL,<br><br>　　　　　Defendant. | No. 2:11-CR-0076-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Date: April 11, 2017<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

Defendant, CRESCENCIO DELGADO-EZQUIVEL, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to continue the hearing on defendant's §3582(c)(2) from February 21, 2017 to April 11, 2017.  Both counsel have a conflict with the current February 21, 2017 hearing date and request that the matter be continued to April 11, 2017.

Stipulation and Order Re: Sentence Reduction　　　　　1

Dated: February 14, 2017                    Dated:  February 14, 2017

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                             /s/*John Balazs*
JASON HITT                                   JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA                     CRESCENCIO DELGADO-EZQUIVEL


**ORDER**

      IT IS SO ORDERED.

Dated:   2/14/2017

      /s/ John A. Mendez_____
      HON. JOHN A. MENDEZ
      United States District Court Judge